IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS ALLEN FORD**                                                 **PLAINTIFF**
**#92121**
v.                     Case No: 4:21-cv-00521-JM

**POPE COUNTY DETENTION CENTER**                      **DEFENDANT**

## ORDER

Plaintiff Curtis Allen Ford filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 16, 2021 (Doc. No. 2). On June 17, 2021, the Court entered an order directing Ford to submit the full $402.00 filing and administrative fees or file an amended *in forma pauperis* application within 30 days. *See* Doc. No. 3. Ford was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Ford has not complied or otherwise responded to the June 17 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Ford's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE and all pending motions are denied as moot.

DATED this 3rd day of August, 2021.

                                                       UNITED STATES DISTRICT JUDGE