IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS ALLEN FORD**  **PLAINTIFF**
**#92121**
v.  Case No: 4:21-cv-00521-JM

**POPE COUNTY DETENTION CENTER**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 3rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE